## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| ANTHONY LYONS | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) **Case No.**  1:20-cv-488-JMS-DLP |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| and CAPITAL ONE, NA | ) |
|     *Defendants*. | ) |

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for:  **Anthony Lyons, Plaintiff.**

Dated this 12th day of February, 2020.

Respectfully submitted,

*/s/ Frank D. Otte*
Frank D. Otte, No. 19859-49
**CLARK QUINN MOSES SCOTT & GRAHN LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
fotte@clarkquinnlaw.com
*Counsel for the Plaintiff*