UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| ANTHONY LYONS | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) **Case No.**   1:20-cv-488-JMS-DLP |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| and CAPITAL ONE, NA | ) |
|     *Defendants*. | ) |

## ORDER OF DISMISSAL

Plaintiff, Anthony Lyons, by counsel, have moved this court to dismiss Defendant Equifax Information Services, LLC, from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion [17].

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant **Equifax Information Services, LLC, only** are dismissed, with prejudice, each party to bear its own costs and fees.

Date: 7/10/2020

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.